

# Fourth Court of Appeals
## San Antonio, Texas

March 13, 2019

No. 04-18-00876-CR

Anthony **GUERRA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR4508
Honorable Catherine Torres-Stahl, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED pursuant to Texas Rule of Appellate Procedure 25.2(d). *See* Tex. R. App. P. 25.2(d), 37.1.

It is so **ORDERED** on March 13, 2019.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of March, 2019.

_____
Keith E. Hottle, Clerk of Court